**Order entered February 4, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00877-CR
No. 05-14-00878-CR
No. 05-14-00879-CR
No. 05-14-00880-CR

**REGINALD KEITH PINK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## ORDER

Appellate counsel filed an *Anders* brief in these cases and provided appellant copies of the record. By letter dated November 5, 2014, this Court notified appellant that his pro se response was due by January 5, 2015. On January 5, 2015, the Court granted appellant an extension until February 4, 2015 to file the pro se response and warned that if the response was not received by that date, the appeals would be submitted on the *Anders* brief alone. The Court now has before appellant's February 3, 2015 request for an additional thirty days to file his pro se response. We **DENY** appellant's February 3, 2015 request for an additional thirty days to file his pro se response. The appeals will be submitted in due course.

We **DIRECT** the Clerk to send copies of this order, by first-class mail, to Reginald Pink, TDCJ No. 1938997, McConnell Unit, 3001 South Emily Drive, Beeville, Texas 78102.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/     LANA MYERS
          JUSTICE